

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2014

No. 04-14-00105-CV

**IN THE ESTATE OF BILLYE M. HORMUTH**, Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-4120
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The appellee's Motion for Extension of Time to File Motion for Reconsideration is GRANTED. The motion for Reconsideration is due on November 3. 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court